

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| JUAN ARIAS, | § | No. 08-25-00141-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| ALMA SOSA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCM6787) |
|  | § |  |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3(c).

On May 12, 2025, the Clerk of this Court sent Juan Arias a letter requesting payment of the required filing fee.[1] *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified him that the appeal would be subject to dismissal on or after May 22, 2025, if he failed to pay the filing fee or failed to show an excuse from payment. *See* Tex. R. App. P. 42.3(c) (authorizing an

---

[1] By separate letter on May 8, 2025, the Clerk advised Arias that the docketing statement was due by May 18, 2025. Tex. R. App. P. 32. As of the date of this memorandum opinion, Arias has not submitted the required docketing statement.

appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Arias has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

LISA J. SOTO, Justice

June 17, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

2